Brody Valerga (11789)
**Valerga LLP**
395 S. Main Street #201
Alpine, UT 84004 (801) 893-3635
brody@valergalawyers.com

Paul J. Doolittle, Esq.*
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536 Email:
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

Attorneys for Plaintiff Vent
*Pro Hac Vice forthcoming

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SIERRA VENT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**HEALTHEQUITY, INC.,**<br><br>**Defendant.** | Case No.: 2:24-cv-00685-RJS<br>Judge Robert J. Shelby<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Sierra Vent ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, HealthEquity, Inc ("Defendant"). Defendant has not served an answer or motion for summary judgment in this

2

action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: 9/25/2024            Respectfully submitted,

**VALERGA LLP**
/s/Brody Valerga
Brody Valerga

-AND-

**POULIN | WILLEY | ANASTOPOULO**
Paul J. Doolittle, Esq.*

*Attorneys for Plaintiff*
*\*Pro Hac Vice forthcoming*